IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GREG DAVIS                                                                                              PLAINTIFF

vs.                                        NO: 3:08CV00051BSM

PINNACLE FRAMES & ACCENTS, INC.,
ET AL.                                                                                                    DEFENDANTS

## ORDER

On motion of plaintiff and without objection, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 12th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE